Order entered September 5, 2013



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00144-CR

**TENEKA KASHUN ALEXANDER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F09-21009-Y**

## ORDER

The Court **REINSTATES** the appeal.

On July 9, 2013, we ordered the trial court to make findings of fact regarding why the reporter's record had not been filed. On September 3, 2013, we received the reporter's record. Therefore, in the interest of expediting the appeal, we **VACATE** the July 9, 2013 order requiring findings.

Appellant's brief is due within thirty days of the date of this order.

/s/    LANA MYERS
        JUSTICE